IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Corrina Ruth Mullins, :
:
    Plaintiff(s), :
: Case Number: 1:15cv311
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 20, 2016 a Report and Recommendation (Doc. 21). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 22) and plaintiff filed a response to the objections (Doc. 23).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the decision of the Commissioner is REVERSED and REMANDED for further proceedings pursuant to Sentence Four of the 42 U.S.C. § 405(g).

    IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court